1158

No. 94–1443. ADAMS ET AL. *v.* DICKINSON ET AL. Sup. Ct. Fla. Certiorari denied.

No. 94–1462. BAEZ *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 94–1523. ALASKA *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1528. SOLOMON ET AL. *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER FOR NASSAU SAVINGS & LOAN ASSN., F. A.; and
No. 94–1564. PATTULLO ET AL. *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER FOR NASSAU SAVINGS & LOAN ASSN., F. A. C. A. 2d Cir. Certiorari denied.

No. 94–1557. HERCULES INC. *v.* UNITED STATES; and
No. 94–1800. ARKANSAS DEPARTMENT OF POLLUTION CONTROL AND ECOLOGY ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 46 F. 3d 803.

No. 94–1613. AMERICA'S BEST QUALITY COATINGS CORP. (ABQC) *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1641. MANARITE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1642. STOLLINGS *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR. C. A. 4th Cir. Certiorari denied.

No. 94–1653. AMERICAN LIBRARY ASSN. ET AL. *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 94–1665. ROWLAND ET UX. *v.* DEPARTMENT OF AGRICULTURE. C. A. 6th Cir. Certiorari denied.

No. 94–1669. BRACE ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.